## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Richard W. Doster                           CHAPTER 7
               Debtor(s)

                                    BKY. NO. 21-11804 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of USAA FEDERAL SAVINGS BANK and index same on the master mailing list.

                                  Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
01 Jul 2021, 14:59:27, EDT

               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322