Certificate Number: 06501-PAE-DE-035931773

Bankruptcy Case Number: 21-11804



06501-PAE-DE-035931773

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2021, at 1:52 o'clock PM CDT, Richard Doster completed a course on personal financial management given by internet by Arbor Investments LTD., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 20, 2021           By:    /s/Carlo Skrupa

                                  Name:  Carlo Skrupa

                                  Title: Program Manager